**FRANCES HAYCRAFT**

321 S. McComas
Wichita, KS 67213
316-882-2056

**FILED**
U.S. District Court
District of Kansas

JUL 24 2015

Clerk, U.S. District Court
By MAM Deputy Clerk

July 20, 2015

The United States District Court
 For the District of Kansas
403 U.S. Courthouse
401 North Market
Wichita, Kansas 67202-2000

Re: Case No. (Blank)

Earlyn Frances Haycraft

Vs.

JPRE, CEO Paul Winger,
Lincoln Meadows Apartments,
9000 E. Lincoln St,
Wichita, KS 67207

    Co-Defendants

Fidelity Bank Corp. CEO - Clay Bastian,
Fidelity Management Corp., d/b/a Ponderosa
 Apartment Complex
5900 E. Mainsgate St.
Wichita, KS 67220

To the Court:

I am Earlyn Frances Haycraft. As to the "History" of the filings I have had to do in both the

Federal Court, and more recently in the State Court, has been a lesson on how nearly impossible

it is to have an attorney to represent you. The cards, so to speak, are so stacked against you that

Page 2

being Prose is literally is a "no brainer"! So far I have been unable to penetrate that barrier that is placed in front of a litigant. This last week is a perfect example of the sad condition of the "Court System" in the United States of America. My case against the two co-defendants in the 18th Judicial Ct. here in Sedgwick County, would make the best of Jurists to shudder. On Friday, July 10th, Judge Timothy Henderson dismissed my case.......not informing me in that hearing......that the case had been dismissed some time earlier that week,

Something is terribly wrong here.....So I have prepared a document asking that Court to make copies of the Court proceeding of which I was denied my presence. Ms Haig, Manager of the Federal Court, was present with an attorney, likewise an attorney was present to represent Judge Goering also, from the State Supreme Ct., WHY?..........in my hearing on the 10th of July! The attorneys and/or the Judiciary were acting, I might say, strangely suspicious!

Therefore, I contend that my Civil Rights and/or Constitutional Rights need to be restored in the Courts. It would just be a waste of time to remedy this miscarriage of Justice by appeal. So I am going back to Federal Court and file a new petition , that just reverses the two defendant to the Federal System. 1st Count: Both committed breaking the ADA Discrimination Clause; with Lincoln Meadow's employee's hardly able to contain themselves to evict me, in that facility. I will produce the evidence to show the documentation from their own e-mail communications. I am sure the lawyers will argue the statute of limitations argument but it is their own Attempts to create the atmosphere of doubt, delay tactics to get my complaint dismissed from the get-go. Finally, it was stated in Judge Henderson's statement, that I could come back to the Federal System and continue in the 10th Circuit. I believe he said I had 30 days to file. He also

Page 3

stated that I can have an attorney to be my counsel to plead my case against these co-defendants. Ms. Glover, The Human Resources Director of KS, told me that redacted evidence can no longer be withheld was legislated this last session of the Kansas Legislative Body 2012, evidence these two defendants' attorneys have gotten Judges in both State and Federal that have been withheld from me.. Also, Judge Calvert, retired Kansas District Judge, stated that I could have someone appointed to represent me.

I truly believe that Judge Belot has shown disregard for my rights; as I am handicapped, and have many problems medically that these conditions have been exacerbated as a result of not getting the help of a Counsel to help me through this difficult period. I am asking the Court to place another Judge, to address this case for further adjudication, in this district. To expedite this case, please address the opposing attorney's tactics of constantly trying to keep my case from going forward. This has been a difficult time for me. I have great empathy for the courts and to see this issue resolved.

I remain respectfully yours,

Earlyn Frances Haycraft

Page 4

cc:

**United States Federal Court 10th Circuit**
**Chief Judge Mary Beck Briscoe**
**Circuit Court of Appeals**
**Byron White U.S. Courthouse**
**1823 Stout Street**
**Denver, Co.   80257**


**Jeremy K. Schrag**
ALAN L. RUPE, #08912
JEREMY K. SCHRAG, #24164
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 North Waterfront Parkway, Suite 150
Wichita, KS  67206


**Terrence L. Huelskamp**
TERRENCE L. HUELSKAMP, #1283
LAW OFFICE OF TERRENCE L. HUELSKAMP, P.A.
550 North 159th St. E., Suite 104
Wichita, KS  67230



1. Complaint
   New Case

2. Wichita KS

3. Fed Building !

   Fed Trial

   for

   Handicapped

   Plaintiff France

   Evelyn France 23rd. 2015

   July

Signed :

Small
Assortment
of
Evidence

Maintainance
Manager

Brad Wood
with
Nichole Plummer
(Not pictured) office Manager
yet

orchastracted this whole
Debacle from
May 31, 2012





Brad was an ex-minister, I thought he was my friend. See how he testified repeatedly w/o me doing w/o him in of court

Brad acting to try my bike out. He was acting silly w/c partner gested on his head was replaced

This was when I first moved in this Min.

YOUR STAFF
* Dejah Price
  Manager
* Janet Olson
  Assistant Manager
* Brad Wood
  Service Director
* AJ Kirk
  Service Technician
* Cyle Bennett
  Groundskeeper

Important Numbers
Office: 316-686-7461
Fax: 316-686-5476

Website:
ww.fidelitymgmt.com

E-mail:
ponderosa@
delitymgmt.com

Laundry Service:
316-263-1037

Fire, Police, Emergency!
911

Office Hours
Monday-Saturday
9:00 a.m. - 5:00 p.m.
Sunday
1:00 p.m. - 5:00 p.m.

B00006

Ponderosa apts.

Mine

after Freedome
of Information
Oct sent to Both
attorneis - did I
receive Copies of
every theng ?

# DO NOT ENTER

## NOTICE TO OCCUPANT(S)

*Was my employee; they would not remove the delivery to my dead. Any help.*

FIDELITY MANAGEMENT CORP, INC. dba PONDEROSA APARTMENTS v.
EARLYN HAYCRAFT 06/20/34
Address:5900 E MAINSGATE #803

*No* On this date _____ 8/1/12 _____, by court order Case No. 12 LM 11873, all persons and animals were evicted.

LOCKS ARE CHANGED.

YOU CAN BE ARRESTED FOR FELONY TRESPASS.

CONTACT YOUR LANDLORD WITH QUESTIONS.

ANIMAL(S): Any animal(s) at this address have been taken by animal control. Contact them immediately. The animal(s) may be destroyed in 3 days. 838-9623

*Put on the Street by Officer Watson*

VEHICLE (S): Any vehicle(s) on this property may have been towed to storage. Contact 267-1356. There will be a tow fee of $55.00 and $6.00 per day storage fee.

Redeem your vehicle(s) as soon as possible.

*Had not been able to rent from anyone...*

FIREARMS: Firearms found in this rental may be in storage.---Call Aristocrat at 267-1356, to pick up. There are no charges.

DRUGS: Any drugs or paraphernalia found in this rental have been given to law enforcement authorities. You may call 911 to claim your drugs.

PERSONAL PROPERTY: Your personal property may have been removed by the landlord who has a lien on your property until the rent is paid. Your property may be in storage.

*Ms. Plummer gave me a thumbs down... No one would let me rent from them... Rendering me Homeless!*

Special Appointed Process Server, 18th Judicial District Court

*★ gave her 2 days to move belongings ★*

A00108

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS
CIVIL DEPARTMENT

FILED
APP DOCKET NO.

FIDELITY MANAGEMENT CORP, INC. dba PONDEROSA APARTMENTS,
        Plaintiff(s),

vs.                                                            Case No.  12 LM 11873    2012 JUL 31  P. 1:14

EARLYN HAYCRAFT
        Defendant(s).
Pursuant to Chapter 61 of K.S.A.

CLERK OF DIST. COURT
18TH JUDICIAL DISTRICT
SEDGWICK COUNTY, KS

BY_____

## JOURNAL ENTRY OF JUDGMENT

On 07/31/2012, this action comes on for final judgment or disposition.

Plaintiff's attorney advises the court that each defendant against who judgment is entered has been properly served with summons or process herein and that this court has jurisdiction to enter the judgment requested.

Whereupon, the court finds that judgment should be entered:

_____ by reason of the default of the said defendant(s);

_____ by agreement of the parties; or

_____ appeared and pled "No Contest"; or

__✓__ by a trial of the issues herein and the testimony of the following witnesses:
(Witnesses for Plaintiff)                              (Witnesses for Defendant)

_Barbara Jones_                                        _Earlyn Haycraft_
_Kenneth Lewis_
_Nicole Plummer_

JUDGMENT IS ENTERED AS FOLLOWS:

**X** (FORCIBLE DETAINER) Judgment for the Plaintiff(s) against defendant(s), and all others residing therein,
Defendants(s) for restitution of the premises at 5900 E MAINSGATE #803, WICHITA, KS 67220, for which a writ of restitution shall
issue.

_ NO WRIT NECESSARY

_____

_____

_____

_____

_____

By_____                            _____
KURT A. HOLMES, #11288                                JUDGE OF THE DISTRICT COURT
Attorney for Plaintiff
445 N. Waco, Wichita, KS 67202                        JUL 31 2012

By:_____
Attorney for Defendant OR Defendant

This is an attempt to collect a debt.  Any and all information obtained will be used
for that purpose and that purpose ONLY.  This communication is from a debt collector.

A00107

CIVIL DEPARTMENT

FIDELITY MANAGEMENT CORP, INC. dba PONDEROSA APARTMENTS,
Plaintiff(s),

vs.

EARLYN HAYCRAFT
and all others residing therein or at,
5900 E MAINSGATE #803
WICHITA, KS 67220
Defendant(s).

FILED

APP DOCKET NO. _____

Case No. 12 LM 11873

2012 JUL 31  P 1: 14 

CLERK OF DIST. COURT
18TH JU
SEDGWI    COU
BY

**SPECIAL PROCESS SERVER**
Contact  NICOLE  @ 686-740

### WRIT OF RESTITUTION

THE STATE OF KANSAS to Kyle Jones, Matt Hilpert, Van Johnson, Terry Monasmith, Emery Goad, Dwight Applegate, Ron Cody and Richard Meek, Process Server, or any agent of Aristocrat Process Serving, of SEDGWICK County, Kansas:

Whereas, on 07/31/2012 in an action pending in this court, FIDELITY MANAGEMENT CORP, INC. dba PONDEROSA APARTMENTS, plaintiff, recovered judgment against EARLYN HAYCRAFT , defendant(s), for restitution of the following described premises to wit:

5900 E MAINSGATE #803, WICHITA, KS 67220, and all common areas, yards, driveways and property of the plaintiff.

Kyle Jones, Matt Hilpert, Van Johnson, Terry Monasmith, Emery Goad, Dwight Applegate, Ron Cody and Richard Meek, or any other agent of Aristocrat Process Serving, either individually or together in any combination, are hereby appointed by the Court as special process servers pursuant to law to execute this writ. They are commanded to cause such defendant(s) and all other occupants to be forthwith removed from such premises and all common areas, yards, driveways and property of the plaintiff, and to restore possession of said premises to plaintiff. The execution of this writ may involve the use of such force as is reasonably necessary to remove defendant(s) and all other occupants from and restore possession of the premises to plaintiff.

Dated _____

**JEFFREY E. GOERING**

JUDGE OF THE DISTRICT COURT          JUL 3 1 2012

KURT A. HOLMES #11288

==================================================================
PROCESS SERVER'S RETURN

On _____, 2012, at _____ __m., received this writ.

On _____, 2012, above described premises vacated and plaintiff(s) restored to possession.

Under penalty of perjury I certify the above to be the times and manner of executing the above Writ.

Dated: _____, 2012.

Special Process Server
(POND-121798),
Aristocrat/KIS
Office: (316) 267-1356 (c)316-259-3366

A00106

E. Sampling of Documents (lying)
and/or photographs (w/ permission)

Photo's I was
accused by (secretive
residence' that I took
w/o Parental consent)

Co-defendants need to
introduce such Photo's
to prove that I did such
acts. . . . .

I deny this false
allegation.

Nichole was the N Manager.

2012 Easter



This child the father held .....
Took care of my hat I used in
"Hat Shows" at The Easter Egg
Hunt ... Took The Hat to get,
Some Cute Shots w/ the fathers
Permission of Course!



↖ Post office
Home less
Period

While homeless I had to pk up my mail Gen-Deliver
Took this w/ "grandma" holding the child.
I thought he was adorable. His
grandmother thought so too!

" Ditto "
Per mission

I am a writter:
Take photographes
reagerly!

The children at old TN
The children just happened
To b classmates of my
grandson when he lived
with me out by And over

"Mexican Fesival"





Hundreds of this sort of so
Called evidence to be exposed to
clear up why - (Judges) kept these
documents from me -

Sampling

1. 3 Copies of Redacted
   So Called evidence.

2. I need These un-redacted
   So They can be explained
   in Court if need be.

3. May have Nothing To do
   with either eviction

**Apartment #** _____

## PRE-RENTAL SCREENING QUESTIONNAIRE

### Criminal History and Background Check



Redacted

#_____ : _____

_____

**A**ll residents should acknowledge that the property owner(s) and management work closely with the Wichita Police Department.  By signing this Addendum you acknowledge that ALL the information contained about you or any resident(s) of your household is true and correct.  **ANY DESCREPANCIES FOUND EVEN AFTER THE TIME OF MOVE IN SHALL BE CONSIDERED AS A MATERIAL AND IRREPARABLE VIOLATION OF THE LEASE AND GOOD CAUSE FOR IMMEDIATE TERMINATION OF TENANCY.**

By signing this document, you acknowledge that you and/or any member(s) of your household authorizes the property owner(s) and/or management to verify the information enclosed by any means of investigation including but not limited to references, credit reports, criminal records, tenant performance reports, and any other means deemed necessary.  The applicant(s), resident(s), and household members release the property owner(s) and management from any liability of false information that may be disseminated to the property that may look unfavorably on them.

A0J003

Resident Signature _____ Date _2/27/10_        Resident Signature _____ Date


## Unit Application ID: 5699248



Property: Ponderosa   Property ID: 106960
Phone: 316-686-7461
Submitted by: 5900EM
Received: 2/27/2010 4:36:43 PM
Completed: 2/27/2010 4:40:29 PM
Last Modified: 2/27/2010 4:40:29 PM

Toll Free: 800-487-3246
Phone: 972-952-1480
Fax Toll Free: 800-687-1099
Fax: 972-952-1483

## FIDELITY MANAGEMENT CORPORATION
### Residential Screening Analysis Report

Apt #: 59803   Monthly Rent: $560

Redacted

Redacted

Redacted

A0J004

Application information submitted by 5900em

Unit Application # 5699248 

Page 2 of 6

**EARLYN F HAYCRAFT (POTTER)**
Date of Birth: Redacted
Social Security
Other Id:
Other Id Type:

Drivers License: Redacted
DL State: KS

Current Address: 135 N GREEN ST
WICHITA, KS 67214

Previous Address - Street Number: 135
Zip Code: 67214

Redacted

Redacted

A03005

Redacted